1  THOMAS E. MONTGOMERY, County Counsel
   County of San Diego
2  By ROBERT A. ORTIZ, Senior Deputy (SBN 246849)
       FERNANDO KISH, Senior Deputy (SBN 236961)
3  1600 Pacific Highway, Room 355
   San Diego, California 92101-2469
4  Telephone: (619) 531- 5279
   E-mail: robert.ortiz@sdcounty.ca.gov
5
   Attorneys for Defendants County of San Diego, William D. Gore, Alfred Joshua, M.D.,
6  Larry DeGuzman, David Guzman and Mary Montelibano

7

8              **IN THE UNITED STATES DISTRICT COURT**

9            **FOR THE SOUTHERN DISTRICT OF CALIFORNIA**

10

11 DAVE THOMAS, as Guardian ad Litem      )   Case No.15cv2232-L-AGS
   on behalf of JONATHAN THOMAS,          )
12                                        )
              Plaintiff,                  )   **JOINT MOTION FOR**
13                                        )   **PROTECTIVE ORDER**
       v.                                 )
14                                        )
   COUNTY OF SAN DIEGO, WILLIAM           )
15 D. GORE, individually; ALFRED          )
   JOSHUA, individually; and DOES         )
16 1through 100, inclusive,               )
                                          )
17            Defendants.                 )
                                          )
18

19     Pursuant to Civil Local Rule 7.2, the parties, through their respective attorneys of

20 record, jointly move the court for a protective order concerning certain documents of the

21 County of San Diego to be produced to the other parties in this case. The parties hereby

22 make this application on the following grounds:

23     1. The parties in this case have served document requests on the County of San

24 Diego that request jail records pertaining to non-party inmates and other confidential

25 sensitive information.

26     2. Defendant County of San Diego has agreed to produce some of these records

27 pursuant to a protective order.

28 ///

3. The parties have agreed on the language of a proposed protective order which is attached to this joint motion and specifies the conditions under which private, sensitive, and/or legally confidential documents and information in possession of the parties must be exchanged, used, and protected in this litigation.

4. Because the materials sought from the County of San Diego, through discovery, contain private, sensitive and/or legally confidential information, the attached protective order is justified by Rule 26(c) of the Federal Rules of Civil Procedure and relevant case law and is necessary in order for the parties to exchange pertinent discovery.

The parties respectfully request that the Court execute the proposed protective order.

DATED: August 20, 2018     THOMAS E. MONTGOMERY, County Counsel

By: s/ROBERT A. ORTIZ, Senior Deputy
Attorneys for Defendants County of San Diego, William D. Gore, Alfred Joshua, M.D., Larry DeGuzman, David Guzman and Mary Montelibano

DATED: August 20, 2018     LOTZ, DOGGETT & RAWERS, LLP

By: s/LAUREN HARDISTY, ESQ.
Attorneys for Defendant Jorge Naranjo, M.D.

DATED: August 20, 2018     MORRIS LAW FIRM, APC

By: s/DANIELLE R. PENA, ESQ.
Attorneys for Plaintiff Jonathan Thomas, by and through his Guardian Ad Litem Dave Thomas

**SIGNATURE CERTIFICATION**

Pursuant to Section 2(f)(4) of the Electronic Case Filing Administrative Policies and Procedures Manual of the United States District Court for the Southern District of California, I certify that the content of this document is acceptable to counsel for all parties and that I have obtained authorization for all of the foregoing signatories to affix their electronic signature to this document.

DATED: August 20, 2018     THOMAS E. MONTGOMERY, County Counsel

By: s/ROBERT A. ORTIZ, Senior Deputy
Attorneys for Defendants County of San Diego, William D. Gore, Alfred Joshua, M.D., Larry DeGuzman, David Guzman and Mary Montelibano