THOMAS E. MONTGOMERY, County Counsel
County of San Diego
By ROBERT A. ORTIZ, Senior Deputy (SBN 246849)
1600 Pacific Highway, Room 355
San Diego, California 92101-2469
Telephone:  (619) 531- 5279
E-mail: robert.ortiz@sdcounty.ca.gov

Attorneys for Defendants County of San Diego, William D. Gore, Alfred Joshua, M.D., Larry DeGuzman, David Guzman and Mary Montelibano

# IN THE UNITED STATES DISTRICT COURT

# FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVE THOMAS, as Guardian ad Litem on behalf of JONATHAN THOMAS,<br><br>    Plaintiff,<br><br>  v.<br><br>COUNTY OF SAN DIEGO, WILLIAM D. GORE, individually; ALFRED JOSHUA, individually; and DOES 1through 100, inclusive,<br><br>    Defendants. | No.15cv2232-L-AGS<br><br>**NOTICE OF MOTION AND DEFENDANTS' MOTION FOR SUMMARY JUDGMENT, OR IN THE ALTERNATIVE, PARTIAL SUMMARY JUDGMENT**<br><br>Date: October 22, 2018<br>Time: 10:30 a.m.<br>Judge:  Hon. M. James Lorenz<br>Dept: 5B<br><br>NO ORAL ARGUMENT UNLESS ORDERED BY THE COURT |

PLEASE TAKE NOTICE that on October 22, 2018, at 10:30 a.m., or as soon thereafter as the matter may be heard, in Courtroom 5B of the above court, located at 221 W. Broadway, San Diego, CA 92101, Defendants  County of San Diego ("County"), William D. Gore, Alfred Joshua, M.D., Larry DeGuzman, David Guzman and Mary Montelibano (collectively, "Defendants") will move the Court for summary judgment, or in the alternative, partial summary judgment on the grounds that:

    1.    The first cause of action under 42 U.S.C. section 1983 for deliberate indifference fails as a matter of law because Defendants were not deliberately indifferent to any serious medical need and they

///

2. The first cause of action also fails as a matter of law because the individually named Defendants are entitled to qualified immunity.

3. The second, third, and fourth causes of action under 42 U.S.C. section 1983 for municipal federal civil rights liability fail as a matter of law because Plaintiff failed to present any evidence that a County policy, custom or inadequate training amounted to deliberate indifference and that such policy, custom or inadequate training was the moving force behind a constitutional violation.

4. The County cannot be liable for any of Plaintiff's claims because the individual Defendants are immune and/or not liable for such claims.

5. Plaintiff's Complaint, in its entirety, fails as a matter of law because no act or omission by any Defendant caused the incident giving rise to Plaintiff's claims.

This motion will be based on this Notice, the accompanying Memorandum of Points and Authorities, the declarations of Alfred Joshua, M.D., Colleen Kelly, Ph.D., Assistant Sheriff John Ingrassia, Sergeant Joseph Navarro, and Connie Magana, the Notice of Lodgment, the Request for Judicial Notice, as well as all pleadings and papers on file in this action.

DATED: September 10, 2018   THOMAS E. MONTGOMERY, County Counsel

By: s/ROBERT A. ORTIZ, Senior Deputy
Attorneys for Defendants County of San Diego, William D. Gore, Alfred Joshua, M.D., Larry DeGuzman, David Guzman and Mary Montelibano
E-mail: robert.ortiz@sdcounty.ca.gov